57-8155-00-4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCIA McINTOSH | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 09-CV-50199 |
| ANDROID INDUSTRIES, LLC | ) ) |
| Defendant. | ) ) ) |

## DEFENDANT ANDROID INDUSTRIES, LLC MOTION FOR SUMMARY JUDGMENT

Now Comes Defendant, Android Industries, LLC, by and through its attorneys, CHRISTOPHER R. HENSON and CLAUSEN MILLER P.C., hereby moving for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 as to the entire case. Pursuant to Local Rule 56.1, a statement of material of facts is attached and incorporated into this motion. In addition, all exhibits referenced are attached and incorporated into the motion.

WHEREFORE, Defendant Android Industries, LLC prays that the Court grant summary judgment in its favor, award its attorneys' fees and costs, and for whatever other relief the Court deems necessary and just.

Respectfully submitted,

*/s/ Christopher R. Henson*
CHRISTOPHER R. HENSON

CHRISTOPHER R. HENSON
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
Firm I.D No. 90181
312-855-1010 (ph)
312-606-7777 (fax)
Attorneys for Respondent, ANDROID INDUSTRIES

1